```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  MICHELE C. MARCHAND
    Assistant United States Attorney
 6  California Bar No. 93390
    Asset Forfeiture Section
 7       U.S. Courthouse, 14th Floor
         312 N. Spring Street
 8       Los Angeles, CA 90012
         Telephone: (213)894-2727
 9       Facsimile: (213)894-7177
         E-Mail: Michele.Marchand@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

FILED
CLERK, U.S. DISTRICT COURT
NOV - 9 2009
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>REAL PROPERTY LOCATED IN NORTH HOLLYWOOD, CALIFORNIA (L. ALVARADO),<br><br>　　　　Defendant.<br><br>LORETO MINERVA ALVARADO and INDYMAC BANK, F.S.B.,<br><br>　　　　Claimant. | NO.  CV 06-5508-CAS(JWJx)<br><br>[Proposed] JUDGMENT OF FORFEITURE OF REAL PROPERTY<br><br>Date: August 17, 2009<br>Time: 10:00 a.m.<br>Before the Honorable Christina A. Snyder, United States District Judge |

　　　Plaintiff's Motion for Summary Judgment having come on regularly for hearing on August 17, 2009 before the Honorable Christina A. Snyder, United States District Judge, plaintiff appearing through its counsel, and claimant Loreto Minerva Alvarado appearing through her counsel, the Court having

1 considered the pleadings, evidence presented, and the oral
2 argument at the time of the hearing, and in accordance with the
3 Order Re Motion for Summary Judgment entered herein,
4     IT IS HEREBY ORDERED, that plaintiff's Motion for Summary
5 Judgment be granted and judgment is hereby entered for plaintiff.
6     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right,
7 title, and interest of claimant Loreto Minerva Alvarado, and all
8 other potential claimants except lienholder OneWest Bank, F.S.B.,
9 successor in interest to IndyMac Bank, F.S.B., in and to the
10 defendant property located at 6727 Lemp Avenue, North Hollywood,
11 / / /
12 / / /
13 / / /

1  California, more particularly described as:
2          ALL THAT CERTAIN REAL PROPERTY SITUATED IN THE COUNTY
3          OF LOS ANGELES, STATE OF CALIFORNIA, DESCRIBED AS
4          FOLLOWS: LOT 128 OF TRACT NO. 6025, IN THE CITY OF LOS
5          ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS
6          PER MAP RECORDED IN BOOK 64, PAGE 65 OF MAPS, IN THE
7          OFFICE OF THE COUNTY RECORDER OF SUCH COUNTY.
8          Assessor's Parcel Number: 2320-014-020,
9  are condemned and forfeited to the United States of America, and
10 shall be disposed of in accordance with law.
11 DATED: *November 9, 2009*

                                    _____
                                    HONORABLE CHRISTINA A. SNYDER
                                    UNITED STATES DISTRICT JUDGE

14 PRESENTED BY:

15 THOMAS P. O'BRIEN
   United States Attorney
16 CHRISTINE C. EWELL
   Assistant United States Attorney
17 Chief, Criminal Division
   STEVEN R. WELK
18 Assistant United States Attorney
   Chief, Asset Forfeiture Section

20 _____
   MICHELE C. MARCHAND
21 Assistant United States Attorney

22 Attorneys for Plaintiff
   United States of America